# CHASE KURSHAN
# HERZFELD & RUBIN, LLC

ATTORNEYS AT LAW

354 EISENHOWER PARKWAY
SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE (973) 535-8840
FAX (973) 535-8841

October 1, 2008

**VIA FACSIMILE ONLY (973-645-3841)**     **ORDER ON ORAL MOTION**

United States District Court - District of NJ
M.L. King, Jr. Fed. Bldg & US Courthouse
50 Walnut Street
Newark, NJ 07102
Attn: Magistrate Judge Claire C. Cecchi

RE:   Carmody, Jean, et als. v. Harbor Ferry, LLC, et al
      DOCKET NO.: 06-1169(WHW)
      OUR FILE NO.: J4300.0005

Dear Judge Cecchi:

This firm represents the defendant in the above matter in which the Final Pretrial Order is due tomorrow and a settlement conference and Final Pretrial Conference is scheduled for October 6, 2008. As a result of a medical condition, I am respectfully requesting an additional day for the submission of the Final Pretrial Order.

Last week, I was out of work for three days due to a leg injury. On Friday, I saw an orthopedist and was diagnosed with a stress fracture of the neck of my femur. I was admitted to the hospital over the weekend and required the insertion of three pins in my right hip area. I am now non-weight bearing and unable to drive. As a result, I was unable to work on the Final Pretrial Order for several days. I am in the office now attempting to finalize the joint Order with plaintiff but request an additional day to complete.

Kindly advise if the due date for the Final Pretrial Order can be extended until Friday, October 3, 2008. Thank you for your attention to this matter.

CHASE KURSHAN HERZFELD & RUBIN, LLC

                Very truly yours,

                CHASE KURSHAN HERZFELD & RUBIN

                John F. Gaffney, Esq.

JFG/jfg
cc:   Anthony Bisignano, Esq.  (Fax# 718-273-4046)
/0000001857A018

Defendant's request for an extension of time until October 3, 2008 to submit The Final Pretrial Order in This matter is hereby granted.

SO ORDERED
s/Claire C. Cecchi
Claire C. Cecchi, U.S.M.J.

Date: 10/1/08